John B. McEntire IV
Federal Defenders of Eastern Washington and Idaho
10 North Post Street. Suite 700
Spokane. Washington 99201
(509) 624-7606

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
The Honorable Lonny R. Suko

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>     v.<br><br>Edgar Eduardo Morales-Maldonado,<br><br>               Defendant. | No. CR-12-094-LRS<br><br>**Order Granting Motion to Quash Material Witness Warrant** |

Before the Court is Edgar Morales's Motion to Quash Material Witness Warrant. (ECF No. 38.) After reviewing the submitted material and relevant authority, the Court is fully informed and hereby grants the motion.

Accordingly, **IT IS HEREBY ORDERED:** Mr. Morales's Motion to Quash Material Witness Warrant (ECF No. 38) is **GRANTED.**

Order : 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel and the United States Marshals Service.

Dated this 4th day of September 2012.

*s/Lonny R. Suko*
By _____
Hon. Lonny R. Suko
U.S. District Judge

Order: 2